IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICKY SABEDRA, 395270,<br>Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Dept. Of Criminal Justice, Correctional<br>Institutions Division,<br>Respondent. | 3:08-CV-1841-M<br>ECF |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 14, 2009, United States Magistrate Judge Paul D. Stickney made findings and conclusions and recommended that this case be dismissed for failure of the Petitioner to seek leave of court to proceed within thirty days of transfer of this case to this court. On January 26, 2009, more than two months after a request for leave was due, Petitioner filed a "Motion for Leave of Court/Objections" to Magistrate Judge Stickney's Order. That document gives no explanation for Petitioner's failure to timely seek leave, nor does it provide sufficient facts or legal authority for the court to grant leave. Therefore, leave is denied and the objections are overruled. The Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

SO ORDERED this 2nd day of February, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS